1  HARVEY P. SACKETT (72488)

2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6

7  /as

8  Attorney for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                         SACRAMENTO DIVISION
12

13 | RODONNA A. WHITNEY,              ) No.: 2:07-CV-01726-DAD
                                      )
14 |       Plaintiff,                 )
                                      )
15 |                                  )
                                      )
16 | v.                               ) STIPULATION AND ORDER FOR
                                      ) DISMISSAL
17 |                                  )
   | MICHAEL J. ASTRUE,               )
18 | Commissioner, Social Security    )
   | Administration,                  )
19 |                                  )
                                      )
20 |       Defendant.                 )
                                      )
21 |_____

22
        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
23
   matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's
24
   fees and costs.
25

26 /////

27 /////

28

                                        1
   STIPULATION AND ORDER

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: May 15, 2008 | */s/GINA SHIN*<br>GINA SHIN<br>Special Assistant U.S. Attorney |
| Dated:  May 16, 2008 | */s/HARVEY P. SACKETT*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>RODONNA A. WHITNEY |

IT IS SO ORDERED.

DATED:  May 16,  2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/whitney1726.dism

2

STIPULATION AND ORDER